UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2011 ★
BROOKLYN OFFICE

| | |
|---|---|
| CHERYL FOLLMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WORLD FINANCIAL NETWORK NATIONAL BANK, <br><br> Defendant. | C.A. No. 10-cv-1921(SLT)(CLP) |

**JOINT PROPOSED SUMMARY JUDGMENT BRIEFING SCHEDULE**

Pursuant to the Court's March 25, 2010 Order, counsel for defendant World Financial Network National Bank (the "Bank") and plaintiff Cheryl Follman ("plaintiff") submit the following proposed briefing schedule, subject to Court approval:

1. The Bank shall file its Motion for Summary Judgment on or before May 16, 2011;

2. Plaintiff shall file her Response on or before June 15, 2011; and

3. The Bank shall file its Reply on or before June 30, 2011.

Dated: April 15, 2011

Respectfully submitted,

BROMBERG LAW OFFICE, P.C.

By: /s/ Brian L. Bromberg
BRIAN L. BROMBERG
40 Exchange Place, Suite 2010
New York, NY 10005
Tel: 212-248-7906
Email: brian@bromberglawoffice.com

LEADER & BERKON LLP

By: /s/ Michael J. Tiffany
JAMES K. LEADER
MICHAEL J. TIFFANY
630 Third Avenue
New York, NY 10017
Tel: (212) 486-2400

DMEAST #13533192 v1

                                                                                   Fax: (212) 486-3099
&amp;                                                                                  Email: mtiffany@leaderberkon.com

LAW OFFICE OF HARLEY J. SCHNALL       &amp;

HARLEY J. SCHNALL
711 West End Avenue                             BALLARD SPAHR LLP
New York, NY 10025
(212)678-6546                                         ALAN S. KAPLINSKY*
Email: schnall_law@hotmail.com           MARK J. LEVIN*
                                                                1735 Market Street, 51st Floor
Attorneys for Plaintiff Cheryl Follman      Philadelphia, PA 19103
                                                                Telephone: (215) 864-8235
                                                                Fax: (215) 864-9755
                                                                Email: levinm@ballardspahr.com
                                                                *pro hac vice

                                                                Attorneys for Defendant
                                                                World Financial Network National Bank


APPROVED BY THE COURT:

                                                                               4/18/11

_____ J.